JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fernando Gonzalez,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, [1]<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-00492-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 11) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 09/14/2019 to 10/14/2019, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

Respectfully submitted,

Dated: August 22, 2019								PENA & BROMBERG, ATTORNEYS AT LAW

								By: */s/ Jonathan Omar Pena*
									JONATHAN OMAR PENA
									Attorneys for Plaintiff


Dated: August 22, 2019									MCGREGOR W. SCOTT
									United States Attorney
									DEBORAH LEE STACHEL
									Regional Chief Counsel, Region IX
									Social Security Administration


								By:	*/s/ TINA NAICKER*
									TINA NAICKER
									Special Assistant United States Attorney
									Attorneys for Defendant

									(*As authorized by email on 08/22/2019)

# **ORDER**

Pursuant to the stipulation of the parties (ECF No. 11), IT IS ORDERED that Plaintiff shall have a 30-day extension of time, from 09/14/2019 to 10/14/2019, to serve on defendant Plaintiff's Letter Brief. All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **August 23, 2019**

/s/ *Eric P. Gros...*
UNITED STATES MAGISTRATE JUDGE