1 MCGREGOR W. SCOTT
United States Attorney
2 DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
3 Social Security Administration
TINA L. NAICKER, CSBN 252766
4 Special Assistant United States Attorney
160 Spear Street, Suite 800
5 San Francisco, California 94105
Telephone: (415) 268-5611
6 Facsimile: (415) 744-0134
7 E-Mail: Tina.Naicker@SSA.gov

8 Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| FERNANDO GONZALEZ, | Case No.: 1:19-cv-00492-EPG |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | (ECF No. 16) |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from January 23, 2020 to **March 6, 2020**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Counsel for Defendant (Counsel) was out on intermittent family medical leave to take care of her elderly mother, who had three surgeries since June 2019, with a major surgery in September. Counsel is her mother's primary caregiver.

In addition, Counsel also has over 100+ active social security matters, which require two more dispositive motions until mid-February, and two pending Ninth Circuit matters which require multiple levels of review due in mid-January.

Counsel has been having ongoing health issues and was out of the office on intermittent sick leave. Counsel was also out on intermittent leave from December 20, 2019 to January 10, 2019, as she has to move residences and subsequently severely sprained her wrist and may need to take more time off due to her hand injury. Due to unanticipated leave and heavy caseload, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable, as Counsel has been out of the office.

Respectfully submitted,

Dated: January 23, 2020 /s/ *Jonathan Pena*
(*as authorized by email on January 23, 2020
JONATHAN PENA
Attorney for Plaintiff

Dated: January 23, 2020 MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

# **ORDER**

Pursuant to the stipulation of the parties (ECF No. 16) and finding good cause exists, IT IS ORDERED that Defendant is granted an extension of time from January 23, 2020, to March 6, 2020, to respond to Plaintiff's Motion for Summary Judgment. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: __**January 24, 2020**__          /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE