MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| FERNANDO GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:19-cv-00492-EPG<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF**<br><br>**(ECF No. 18)** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended from March 6, 2020 to **April 6, 2020**.[1] This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Counsel has been having ongoing health issues and was out of the office on intermittent sick leave. Counsel has been on intermittent leave after sustaining a wrist/hand injury to her left (dominant hand) and has been advised to rest her left hand for six weeks. *See* Ex. A, attached hereto. Counsel also has over 100+ active social security matters, which require two more dispositive motions until mid-March, and a pending

---

[1] Counsel for Defendant apologizes for the belated request for extension but was out of the office on the date of the filing deadline due to a family emergency and sought to file this request as soon as reasonably practicable.

JS and Order for Extension of Time                                                                          Case No 1:19-cv-00492-EPG

Ninth Circuit matter, which requires multiple levels of review due tomorrow. Due to unanticipated leave, shortened staff, and heavy caseload, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Opening Brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable, as Counsel has been out of the office.

Respectfully submitted,

Dated: March 9, 2020 /s/ *Jonathan Pena*
(*as authorized by email on March 9, 2020
JONATHAN PENA
Attorney for Plaintiff

Dated: March 9, 2020 MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

JS and Order for Extension of Time                    Case No 1:19-cv-00492-EPG

2

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 18) and finding good cause exists, IT IS ORDERED that Defendant is granted an extension of time, to **April 6, 2020**, to file a response to Plaintiff's opening brief. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:  **March 10, 2020**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE