MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| FERNANDO GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:19-cv-00492-EPG<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended from April 6, 2020 to **April 16, 2020**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Counsel has not been feeling well and has been out of the office on intermittent sick leave. As of the current filing deadline, Counsel is still not feeling well, and needs some additional time to respond to Plaintiff's Opening Brief. In addition, Counsel also has over 100+ active social security matters, which require two more dispositive motions until mid-May. Due to unanticipated leave, shortened staff, and heavy caseload, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Opening Brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable, as Counsel has been out of the office.

Respectfully submitted,

Dated: April 6, 2020  /s/ *Jonathan Pena*
(*as authorized by email on April 6, 2020
JONATHAN PENA
Attorney for Plaintiff

Dated: April 6, 2020  MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By  /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

## **ORDER**

Pursuant to the stipulation of the parties (ECF No. 20) and finding good cause exists, IT IS ORDERED that Defendant is granted an extension of time, to **April 16, 2020**, to file a response to Plaintiff's opening brief. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: **April 7, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

JS for Extension of Time and Order                                                           Case No 1:19-cv-00492-EPG

3