MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| FERNANDO GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:19-cv-00492-EPG<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF**<br><br>(ECF No. 22) |

　　　　IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended from April 16, 2020 to **April 23, 2020**. This is Defendant's fourth request for extension.   Good cause exists to grant Defendant's request for extension due to continued illness of Counsel.  In addition, Counsel also has over 100+ active social security matters, which require two more dispositive motions until mid-May.  Due to unanticipated leave, shortened staff, and heavy caseload, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Opening Brief.

　　　　The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the

1  proceedings. Counsel apologizes for the belated request, but made her request as soon as
2  reasonably practicable, as Counsel has been out of the office.

3

4                                                        Respectfully submitted,

5

6  Dated: April 16, 2020                    /s/  *Jonathan Pena*
                                             (*as authorized by email on April 16, 2020
7                                            JONATHAN PENA
                                             Attorney for Plaintiff
8

9  Dated: April 16, 2020                           MCGREGOR W. SCOTT
                                             United States Attorney
10                                           DEBORAH LEE STACHEL
                                             Regional Chief Counsel, Region IX
11                                           Social Security Administration

12

13                                    By     /s/  *Tina L. Naicker*
                                             TINA L. NAICKER
14                                           Special Assistant U.S. Attorney
                                             Attorneys for Defendant
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 22) and finding good cause exists, IT IS ORDERED that Defendant is granted an extension of time, to **April 23, 2020**, to file a response to Plaintiff's opening brief. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: **April 17, 2020**              /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

JS for Extension of Time and Order                                Case No 1:19-cv-00492-EPG

3