# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| FERNANDO GONZALEZ,<br><br>              Plaintiff,<br><br>       vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 1:19-cv-00492-EPG

**ORDER RE JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF**

**(ECF No. 24)**

Pursuant to the stipulation of the parties (ECF No. 24), and finding good cause exists, IT IS ORDERED that the time for Defendant to respond to Plaintiff's Opening Brief is extended from April 23, 2020, to **April 24, 2020**. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

   Dated:   **April 24, 2020**                    /s/ _Erica P. Grosjean_
                                        UNITED STATES MAGISTRATE JUDGE