JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Fernando   Gonzalez,<br><br>           Plaintiff,<br><br>      vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>           Defendant. | Case No. 1:19-cv-00492-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 27) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 05/09/2020 to 06/08/2020, for Plaintiff to serve on defendant with PLAINTIFF'S REPLY BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time in this case; it is the second extension for the Opening Brief.  Good cause exists for this request.  In Plaintiff's second request, it was explained that due to the pandemic Plaintiff's Counsel was operating with limited staff.  As time went on, it became clear that the pandemic and shelter in place orders would continue. Counsel's office made arrangements to manage the case load with fewer staff in the office. However, given the ongoing health and safety measures recommended by the CDC and the number of weeks this has gone on, Counsel is experiencing extraordinary delays and backlogs with both

the administrative and civil court work. As a result, Plaintiff's Counsel requires additional time to brief this matter.

The week of 05/03/2020, Plaintiff's Counsel had 29 administrative hearings, 9 hearing preparation appointments with claimants, 9 letter briefs, 1 reply briefs, 5 opening briefs and 1 motion for summary judgement due. The week of 05/10/2020, Plaintiff's Counsel had 17 administrative hearings, 10 hearing preparation appointments with claimants, 19 letter briefs, 2 motion for summary judgement, 5 reply briefs, 1 merit brief and 2 opening briefs due.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                              Respectfully submitted,

Dated: May 8, 2020        PENA & BROMBERG, ATTORNEYS AT LAW

                            By: */s/ Jonathan Omar Pena*
                                 JONATHAN OMAR PENA
                                 Attorneys for Plaintiff

Dated: May 8, 2020        MCGREGOR W. SCOTT
                                 United States Attorney
                                 DEBORAH LEE STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                            By:  */s/ TINA NAICKER*
                                 TINA NAICKER
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant
                                 (*As authorized by email on 05/08/2020)

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 27), the deadline for Plaintiff to file a reply brief is extended to June 8, 2020.

IT IS SO ORDERED.

Dated:   **May 11, 2020**                         /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE